UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HECTOR MALEA,

        Plaintiff,

    -against-

SIX TEN MANAGEMENT CORP., THE
HEIGHTS REAL ESTATE CO., and GEORGE
HUANG AND REGINA HUANG, individually,

        Defendants.
------------------------------------------------------------X

ORDER

19-CV-6346 (VSB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The parties have indicated that a settlement has been achieved; therefore, the settlement conference scheduled for January 26, 2021, at 2:30 p.m., is canceled.

Dated: New York, New York
       January 26, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE