# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street -6th Floor
New York, New York 10017
———
Telephone (212) 209-3933
Facsimile (212) 209-7102

February 1, 2021

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 2/2/2021

The status conference currently scheduled for February 4, 2021 is adjourned.

**BY ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court for the
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square (Courtroom 518)
New York, NY 10007

    Re:    Malea v. Six Ten Management Corp. et al., 19-CV-6346 (VSB)

Dear Judge Broderick:

    Counsel for the respective parties submit this joint letter to confirm that in light of the court's order filed January 29, 2021 [Docket 39], the pretrial conference scheduled for February 4, 2021, is adjourned *sine die*.

    Thank you for your consideration of this case.

                      Respectfully submitted,

| CILENTI & COOPER, PLLC | GANFER SHORE LEEDS & ZAUDERER L |
|---|---|
| By: /s/ Peter H. Cooper (PHC4714) | By: /s/ Robert I. Gosseen (RG4207) |
| 10 Grand Central | 360 Lexington Avenue |
| 155 East 44th Street (6th Floor) | New York, NY 10017 |
| New York, NY 10017 | Tel: (212) 922-9250 |
| Tel: (212)209-3933 | rgosseen@ganfershore.com |
| pcooper@jcpclaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |