UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR MALEA,

                    Plaintiff,

- against -

SIX TEN MANAGEMENT CORP., THE HEIGHTS REAL ESTATE CO., and GEORGE HUANG and REGINA HUANG, individually,

                    Defendants.

Case No.: 19 cv 6346 (VSB)

[proposed]
**RULE 68 JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2021

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Defendants Six Ten Management Corp., The Heights Real Estate Co., George Huang and Regina Huang (collectively, "Defendants"), having offered to allow Plaintiff Hector Malea ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 3, 2021 and filed as Exhibit "A" to Docket Number 42;

      **WHEREAS**, on February 10, 2021, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 42);

      It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of forty-five thousand dollars ($45,000.00), and the clerk is directed to close the case.

Dated: New York, New York
      ~~February~~ ___, 2021
      March 3, 2021

_Vernon Broderick_, D.J.